UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KORYION DESHAWN WELCH,

        Defendant.
_____/

Case No. 1:21-cr-20137

Honorable Thomas L. Ludington
Magistrate Judge Patricia T. Morris

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, ACCEPTING DEFENDANT'S PLEA OF GUILTY, AND TAKING RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

On August 12, 2021, Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Koryion Dewshawn Welch's consent. ECF No. 24. On August 16, 2021, Judge Morris issued her Report and Recommendation, recommending that this Court accept Defendant's plea of guilty. ECF No. 29.

Although Judge Morris's Report stated that the parties could object to and seek review of her Recommendation within 14 days of service of the Report, neither Plaintiff nor Defendant objected. The failure to file objections waives any right to appeal Judge Morris's findings that Defendant was competent to enter a plea and that the plea was entered knowingly, voluntarily, without coercion, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 29, is **ADOPTED**.

-2-

Further, it is **ORDERED** that Defendant's plea of guilty is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 27, is taken **UNDER ADVISEMENT**.

Dated: September 3, 2021                                           s/Thomas L. Ludington
                                                                                              THOMAS L. LUDINGTON
                                                                                              United States District Judge