UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KORYION DESHAWN WELCH,

      Petitioner,                                     Case No. 1:21-cr-20137

v.                                                    Honorable Thomas L. Ludington
                                                      United States District Judge

UNITED STATES OF AMERICA,

                                                        Honorable Patricia T. Morris
      Respondent.                                United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING
PETITIONER'S MOTION TO VACATE, AND DISMISSING RELATED CIVIL CASE**

       This matter is before this Court upon Magistrate Judge Patricia T. Morris's Report and Recommendation (R&R) recommending that the undersigned deny Petitioner's motion to vacate, ECF No. 44, and dismiss Petitioner's civil case. ECF No. 56 at PageID.345.

       Although the R&R states that Petitioner could object to and seek review of the R&R within 14 days of service, Petitioner did not file any objections. Because Petitioner did not file any objections within the 14-day objection period, he has waived his right to appeal Judge Morris's findings. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985).

       Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 56, is **ADOPTED**.

       Further, it is **ORDERED** that Petitioner's Motion to Vacate, ECF No. 44, is **DENIED**.

       Further, it is **ORDERED** that Case No. 1:22-cv-11623 is **DISMISSED**.

       **This is a final order on Case No. 1:22-cv-11623 but not on the above-captioned case**.

Dated: December 5, 2022                             s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                               United States District Judge